```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03837-JJT
Mark A. Rader                                                   Chapter 13
Tara Ann Rader
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRadginsk              Page 1 of 1              Date Rcvd: Dec 03, 2018
                              Form ID: orfeedue            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.
                 Shellpoint Mortgage Servicing Date Claim Filed: 02,  P.O. Box 10675,
                  Greenville, SC 29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor   Ditech Financial, LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              George Robert Hludzik    on behalf of Creditor   Monroe Lake Property Owners Association
               georgeh@slusserlawfirm.com
              J. Zac Christman    on behalf of Debtor 2 Tara Ann Rader jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 1 Mark A. Rader jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor   Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Real Estate Mortgage Network, Inc.,
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   HomeBridge Financial Services, INC.
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Tara Ann Rader
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;eapotito@hotmail.com
              Vincent  Rubino    on behalf of Debtor 1 Mark A. Rader
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;eapotito@hotmail.com
                                                                                             TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Mark A. Rader
aka Mark Allen Rader, aka Mark Rader

Tara Ann Rader
aka Tara A. Rader, aka Tara Rader

**Debtor(s)**

Chapter 13

Case number 5:14–bk–03837–JJT

Document Number: 44

### Order Filing Fee Due

A transfer of claim was filed on **December 3, 2018**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **December 10, 2018**.

Dated: December 3, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

orfeedue(05/18)