In re:  
Mark A. Rader  
Tara Ann Rader  
       Debtors

Case No. 14-03837-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: PRadginsk     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                     Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
4604130       +Real Estate Mortgage Network, Inc,   Cenlar, FSB,   Attn: Payment Processing,   425 Phillips Blvd,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Celine P DerKrikorian    on behalf of Creditor    Ditech Financial, LLC ecfmail@mwc-law.com  
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        George Robert Hludzik    on behalf of Creditor    Monroe Lake Property Owners Association georgeh@slusserlawfirm.com  
        J. Zac Christman    on behalf of Debtor 2 Tara Ann Rader jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com  
        J. Zac Christman    on behalf of Debtor 1 Mark A. Rader jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com  
        James Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, INC. bkgroup@kmllawgroup.com  
        Joseph P Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com, sromig@barley.com  
        Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, INC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I Goldman    on behalf of Creditor    Real Estate Mortgage Network, Inc., bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael J Clark    on behalf of Creditor    HomeBridge Financial Services, INC. bkgroup@kmllawgroup.com  
        Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, INC. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        Vincent Rubino    on behalf of Debtor 2 Tara Ann Rader lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com  
        Vincent Rubino    on behalf of Debtor 1 Mark A. Rader lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com

                                                                                                                  TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-03837-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark A. Rader<br>220 Creek Run<br>East Stroudsburg PA 18302 | Tara Ann Rader<br>220 Creek Run<br>East Stroudsburg PA 18302 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/03/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 23: Real Estate Mortgage Network, Inc, Cenlar, FSB, Attn: Payment Processing, 425 Phillips Blvd, Ewing, NJ 08618 | New Penn Financial, LLC d/b/a Shellpoint Mortgage<br>P.O. Box 10675<br>Greenville, SC 29603-0675<br>New Penn Financial, LLC d/b/a Shellpoint<br>P.O. Box 10675<br>Greenville, SC 29603-0675 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/06/18

Terrence S. Miller
**CLERK OF THE COURT**