```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 14-03837-RNO
Mark A. Rader
Tara Ann Rader                                                          Chapter 13
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: PamelaRad              Page 1 of 3          Date Rcvd: Dec 23, 2019
                              Form ID: 3180W               Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb         +Mark A. Rader,    Tara Ann Rader,   220 Creek Run,   East Stroudsburg, PA 18302-8548
cr             +Ditech Financial LLC,   14841 Dallas Parkway, Suit 300,   Dallas, TX 75254-7883
4544739       ++ASCENDIUM EDUCATION SOLUTIONS    INC,   PO BOX 8961,   MADISON WI 53708-8961
                (address filed with court: Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
4586010         BERKHEIMER ASSOC., AGT. FOR BORO. OF E.STROUDSBURG,   David R. Gordon, Esq.,   1883 Jory Road,
                 Pen Argyl, PA 18072
4533449        +BERKHEIMER TAX ADMINISTRATOR,   ATTN: MELISSA RISSMILLER,   50 NORTH SEVENTH STREET,
                 BANGOR, PA 18013-1731
4533450        +CENLAR,   425 PHILLIPS BLVD,   EWING, NJ 08618-1430
4533452        +CHI RETIREMENT LINK,   FIDELITY INVESTMENTS,   82 DEVONSHIRE STREET,   BOSTON, MA 02109-3614
4533453        +CITIBANK/HOME DEPOT,   C/O NORTHLAND GROUP INC,   PO BOX 390905,   MINNEAPOLIS, MN 55439-0905
4533454        +CITIBANK/SEARS,   C/O NORTHLAND GROUP INC,   PO BOX 390905,   MINNEAPOLIS, MN 55439-0905
4792599        +Ditech Financial LLC,   3000 Bayport Drive,   Suite 880,   Tampa FL 33607-8409
4533461         LABCORP,   PO BOX 2240,   BURLINGTON, NC 27216-2240
4533462        +LIFELINE MEDICAL ASSOCIATES,   99 CHERRY HILL ROAD,   SUITE 220,   PARSIPPANY, NJ 07054-1102
4556048         M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
4533464         MIDLANTIC NEONATOLOGY,   PO BOX 10356,   NEWARK, NJ 07193-0356
4533465        +MONROE LAKE POA,   C/O HLUDZIK LAW OFFICES,   67 WEST BUTLER DRIVE,   DRUMS, PA 18222-2308
4551067        +Monroe Lake Property Owners Association,   6253 Lakeshore Drive E.,
                 East Stroudsburg, PA 18302-8396
4533466       ++NORTHWEST RADIOLOGY ASSOCIATES,   45 PINE STREET SUITE 8,   ROCKAWAY NJ 07866-3149
                (address filed with court: NORTHWEST RADIOLOGY ASSOCIATES,   41 PINE STREET SUITE 102,
                 ROCKAWAY, NJ 07866)
4544737        +Navient Solutions, Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
4544738         Navient Solutions, Inc. on behalf of TGSLC,   P.O. Box 83100,   Round Rock, TX  78683-3100
5137117         New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC  29603-0675
5137118         New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                 Greenville, SC  29603-0675,   New Penn Financial, LLC d/b/a Shellpoint,   P.O. Box 10675,
                 Greenville, SC  29603-0675
4533471        +PNC BANK,   PO BOX 3180,   PITTSBURGH, PA 15230-3180
4546609        +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
4604130        +Real Estate Mortgage Network, Inc,   Cenlar, FSB,   Attn: Payment Processing,
                 425 Phillips Blvd,   Ewing, NJ 08618-1430
4895108        +Rushmore Loan Management Services,   15480 Laguna Canyon Road,   Suite 100,
                 Irvine, CA 92618-2132
4533472         SAINT CLAIRS HOSPITAL,   PO BOX 35577,   NEWARK, NJ 07193-5577
4589281        +Saint Clare's Hospital,   Celentano, Stadtmauer & Walentowicz, LLP,
                 PO Box 2594, 1035 Route 46 East,   Clifton, NJ 07015-2594
4533447        +VINCENT RUBINO, ESQ.,   NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO,   712 MONROE STREET,
                 STROUDSBURG, PA 18360-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4631801        +E-mail/Text: bncmail@w-legal.com Dec 23 2019 19:52:47     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4585564         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2019 19:50:37
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
4533448         EDI: BANKAMER.COM Dec 24 2019 00:23:00     BANK OF AMERICA,   PO BOX 982235,
                 EL PASO, TX 79998-2235
4533451        +EDI: CHASE.COM Dec 24 2019 00:23:00     CHASE BANK USA,   PO BOX 15298,
                 WILMINGTON, DE 19850-5298
4533456         EDI: WFNNB.COM Dec 24 2019 00:23:00     COMENITY BANK/BON TON,   BANKRUPTCY DEPT,
                 PO BOX 182125,   COLUMBUS, OH 43218-2125
4533455        +EDI: WFNNB.COM Dec 24 2019 00:23:00     COMENITY BANK/BON TON,   3100 EASTON SQUARE PL,
                 COLUMBUS, OH 43219-6232
4584119        +EDI: CITICORP.COM Dec 24 2019 00:23:00     Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
4533457        +EDI: RMSC.COM Dec 24 2019 00:23:00     GECRB/LOWES,   ATTN BANKRUPTCY DEPT,   PO BOX 103104,
                 ROSWELL, GA 30076-9104
4533458        +EDI: RMSC.COM Dec 24 2019 00:23:00     GECRB/SUZUKI,   PO BOX 981400,   EL PASO, TX 79998-1400
4533459        +EDI: CITICORP.COM Dec 24 2019 00:23:00     HOME DEPOT/CITIBANK,   PO 6497,
                 SIOUX FALLS, SD 57117-6497
4533460         EDI: IRS.COM Dec 24 2019 00:23:00     INTERNAL REVENUE SERVICE,   CENTRAL INSOLVENCY INSOLVENCY,
                 PO BOX 7346,   PHILA,, PA 19101-7346
4533463         E-mail/Text: camanagement@mtb.com Dec 23 2019 19:52:16     M&T BANK,   1 FOUNTAIN PLZ FL 4,
                 BUFFALO, NY 14203
4582948         EDI: NAVIENTFKASMSERV.COM Dec 24 2019 00:23:00     Navient Solutions, Inc.,   P.O. Box 9640,
                 Wilkes-Barre, PA 18773-9640
4533467        +Fax: 407-737-5634 Dec 23 2019 20:05:22     OCWEN LOAN SERVICING,   1661 WORTHINGTON RD,
                 SUITE 100,   WEST PALM BEACH, FL 33409-6493
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4533469        +EDI: AGFINANCE.COM Dec 24 2019 00:23:00      ONEMAIN FINANCIAL,    6801 COLWELL BLVD,
                 IRVING, TX 75039-3198
4533468        +EDI: AGFINANCE.COM Dec 24 2019 00:23:00      ONEMAIN FINANCIAL,    156 EAGLES GLEN PLZ S101,
                 EAST STROUDSBURG, PA 18301-1350
4533470         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2019 19:52:38      PA DEPT OF REVENUE,
                 DEPARTMENT 280946,   ATTN BANKRUPTCY DIVISION,   HARRISBURG, PA 17128-0946
4574398         EDI: PRA.COM Dec 24 2019 00:23:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4542903         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2019 19:52:38
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4552333         EDI: Q3G.COM Dec 24 2019 00:23:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
4836392        +EDI: Q3G.COM Dec 24 2019 00:23:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
4836391         EDI: Q3G.COM Dec 24 2019 00:23:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
4533473        +EDI: NAVIENTFKASMSERV.COM Dec 24 2019 00:23:00      SALLIE MAE,   PO BOX 9500,
                 WILKES-BARRE, PA 18773-9500
4533474        +EDI: SEARS.COM Dec 24 2019 00:23:00      SEARS/CBNA,   PO BOX 6282,   SIOUX FALLS, SD 57117-6282
4533475        +EDI: SEARS.COM Dec 24 2019 00:23:00      SEARS/CBNA,   PO BOX 6283,   SIOUX FALLS, SD 57117-6283
4533476        +EDI: RMSC.COM Dec 24 2019 00:23:00      SYNCB/CARE CREDIT,   C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
4550119        +E-mail/Text: bncmail@w-legal.com Dec 23 2019 19:52:47      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4533477        +EDI: WTRRNBANK.COM Dec 24 2019 00:23:00      TD BANK/TARGET CREDIT,   PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
5064594         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 23 2019 19:51:57
                 United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
4533478         EDI: WFFC.COM Dec 24 2019 00:23:00      WELLS FARGO,   PO BOX 10347,   DES MOINES, IA 50306-0347
4567585         EDI: WFFC.COM Dec 24 2019 00:23:00      Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
                                                                                               TOTAL: 31

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Monroe Lake Property Owners Association,   6253 Lakeshore Drive E.,
                East Stroudsburg, PA 18302-8396
cr*            New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
                Greenville, SC  29603-0675
cr*            Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
4533445*      +MARK A. RADER,   220 CREEK RUN,   EAST STROUDSBURG, PA 18302-8548
4533446*      +TARA ANN RADER,   220 CREEK RUN,   EAST STROUDSBURG, PA 18302-8548
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
         Ann E. Swartz    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecfmail@mwc-law.com,
          ecfmail@ecf.courtdrive.com
         Celine P DerKrikorian    on behalf of Creditor    Ditech Financial, LLC ecfmail@mwc-law.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              George Robert Hludzik    on behalf of Creditor    Monroe Lake Property Owners Association
               georgeh@slusserlawfirm.com
              J. Zac Christman    on behalf of Debtor 1 Mark A. Rader zac@fisherchristman.com,
               office@fisherchristman.com
              J. Zac Christman    on behalf of Debtor 2 Tara Ann Rader zac@fisherchristman.com,
               office@fisherchristman.com
              James Warmbrodt     on behalf of Creditor    HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Real Estate Mortgage Network, Inc.,
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, INC.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Tara Ann Rader
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Mark A. Rader
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 15
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark A. Rader** | Social Security number or ITIN  xxx–xx–0218 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tara Ann Rader** | Social Security number or ITIN  xxx–xx–2584 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:14–bk–03837–RNO** | | |

# Order of Discharge                                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark A. Rader  
aka Mark Allen Rader, aka Mark Rader

Tara Ann Rader  
aka Tara A. Rader, aka Tara Rader

**By the court:**

12/23/19

*[signature]*

Honorable Robert N. Opel, II  
United States Bankruptcy Judge

By: PamelaRadginski, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**