```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                    Case No. 14-03837-RNO
Mark A. Rader                                             Chapter 13
Tara Ann Rader
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1                    Date Rcvd: Feb 12, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
              Officer, Managing or General Agent,   Authorized to Receive Service,   Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    Ditech Financial, LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              George Robert Hludzik    on behalf of Creditor    Monroe Lake Property Owners Association georgeh@slusserlawfirm.com
              J. Zac Christman    on behalf of Debtor 2 Tara Ann Rader zac@fisherchristman.com, office@fisherchristman.com
              J. Zac Christman    on behalf of Debtor 1 Mark A. Rader zac@fisherchristman.com, office@fisherchristman.com
              James Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, INC. bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com, sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, INC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Real Estate Mortgage Network, Inc., bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    HomeBridge Financial Services, INC. pabk@logs.com
              Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, INC. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Tara Ann Rader lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Mark A. Rader lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **MARK A. RADER**, aka<br>Mark Allen Rader, aka Mark Rader, and<br>**TARA ANN RADER,** aka<br>Tara A. Rader, aka Tara Rader,<br>Debtors. | :<br>:<br>:<br>:<br>: | Chapter 13<br>Case No. **5:14-bk-03837-RNO** |

---

| | | |
|---|---|---|
| **MARK A. RADER** and **TARA ANN RADER,**<br>Objectors,<br>v.<br>**WELLS FARGO BANK, N.A.,**<br>Claimant, | :<br>:<br>:<br>:<br>:<br>: | Objection to<br>**Proof of Claim** |

ORDER SUSTAINING
OBJECTION TO AMENDED PROOF OF CLAIM NO. 12
OF WELLS FARGO BANK

AND NOW, upon consideration of Debtors' Objection to Amended Proof of Claim No. 12 of **WELLS FARGO BANK**, it is hereby ORDERED that Debtors' Objection to Amended Proof of Claim No. 12 of **WELLS FARGO BANK** be and is hereby SUSTAINED. It is further ORDERED that Amended Proof of Claim No. 12 of **WELLS FARGO BANK** be and is hereby a general unsecured claim.

Dated: February 12, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  BI