```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03837-RNO
Mark A. Rader                                                   Chapter 13
Tara Ann Rader
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke         Page 1 of 1         Date Rcvd: Feb 18, 2020
                            Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db/jdb         +Mark A. Rader,   Tara Ann Rader,   220 Creek Run,   East Stroudsburg, PA 18302-8548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    Ditech Financial, LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              George Robert Hludzik    on behalf of Creditor    Monroe Lake Property Owners Association
               georgeh@slusserlawfirm.com
              J. Zac Christman    on behalf of Debtor 2 Tara Ann Rader zac@fisherchristman.com,
               office@fisherchristman.com
              J. Zac Christman    on behalf of Debtor 1 Mark A. Rader zac@fisherchristman.com,
               office@fisherchristman.com
              James Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Real Estate Mortgage Network, Inc.,
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    HomeBridge Financial Services, INC. pabk@logs.com
              Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, INC.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Tara Ann Rader
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Mark A. Rader
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mark A. Rader,<br>aka Mark Allen Rader, aka Mark Rader, | Chapter 13 |
| **Debtor 1** | Case No. 5:14−bk−03837−RNO |
| Tara Ann Rader,<br>aka Tara A. Rader, aka Tara Rader, | |
| **Debtor 2** | |

Social Security No.:
        xxx−xx−0218       xxx−xx−2584

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 18, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)